AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

### Southern District of Florida

| | |
|---|---|
| SHERNETT LEE<br>*Plaintiff(s)*<br><br>v.<br><br><br><br>VILLAGE OF ROYAL PALM BEACH<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 26-cv-80352-DMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
  VILLAGE OF ROYAL PALM BEACH,
  1050 ROYAL PALM BEACH BLVD,
  ROYAL PALM BEACH, FL 33411

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Gregory S. Sconzo, Esq.
Sconzo Law Office, P.A.
300 Avenue of the Champions, Suite 260
Palm Beach Gardens, FL 33418

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:          3/31/2026



**SUMMONS**

*s/ K. Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court